United States District Court
Southern District of Texas
**ENTERED**
August 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br>     Plaintiff/Respondent, § <br> § <br> § <br> v. § <br> § <br> PATRICK OSEMWENGIE, § <br> REG. NO. 10885-510, § <br> § <br>     Defendant/Petitioner. § | CRIMINAL NUMBER H-22-332-01 <br> (CIVIL ACTION NO. H-25-3503) |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-25-3503 is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 5th day of August, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE